Hearing Date: December 1, 2011
Hearing Time: 9:30 a.m.
Location: 219 S. Dearborn St., Courtroom  619
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | |
|---|---|
| In re: | § """"""""""Ej cr vgt '9 |
| | § |
| MERRITT, STEPHEN B | §    Case No. 09-11514 |
| MERRITT, LUCILLE I | § |
| | § """"""""""J qp0Lces wgrkpg 'R0Eqz |
| Debtors | """§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on          . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-11514 JPC Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MERRITT, STEPHEN B | Date Filed (f) or Converted (c): | 03/31/09 (f) |
| | MERRITT, LUCILLE I | 341(a) Meeting Date: | 05/15/09 |
| For Period Ending: | 09/22/11 | Claims Bar Date: | 10/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4807 Sunset Lane, Country Club Hills, IL | 225,000.00 | 0.00 | | 0.00 | FA |
| 2. 4 Lots - Kentucky | 130,000.00 | 0.00 | | 0.00 | FA |
| 3. Florida Time Share | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. 514 14th Place | 113,000.00 | 0.00 | | 0.00 | FA |
| 5. 3751 215th Street, Matteson, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 6. 5605 Crestwood, Matteson, IL | 90,000.00 | 0.00 | | 0.00 | FA |
| 7. 22642 Brookwood, Sauk Village, IL | 80,000.00 | 0.00 | | 0.00 | FA |
| 8. 13810 South Cicero, Crestwood, IL | 290,000.00 | 0.00 | | 0.00 | FA |
| 9. 21631 Gailine, Sauk Village, IL | 80,000.00 | 0.00 | | 0.00 | FA |
| 10. 469-473 Hirsch, Calumet City, IL | 390,000.00 | 0.00 | | 0.00 | FA |
| 11. 21558 Peterson, Sauk Village, IL | 28,000.00 | 0.00 | | 0.00 | FA |
| 12. 611 Price, Calumet City, IL | 88,000.00 | 0.00 | | 0.00 | FA |
| 13. 22607 Theodore, Sauk Village, IL | 70,000.00 | 0.00 | | 0.00 | FA |
| 14. Checking Account 00 Chase | 1,100.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtors did not have funds to turnover | | | | | |
| 15. Chase Bank Checking--Merritt Properties | 1,100.00 | 0.00 | | 0.00 | FA |
| Debtor's business not property of estate | | | | | |
| 16. National City Checking | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtors did not have funds to turnover | | | | | |
| 17. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 18. Wearing Apparel | 750.00 | 0.00 | | 0.00 | FA |
| 19. Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| 20. Merritt Property Management, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 21. Merritt Ventures, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 22. Growth Management Group, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2001 Lexus 430 | 12,475.00 | 0.00 | | 0.00 | FA |

LFORM1  UST Form 101-7-TFR (10/1/2010) *(Page: 3)*                                    Ver: 16.02b

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 09-11514 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | MERRITT, STEPHEN B | | | Date Filed (f) or Converted (c): | 03/31/09 (f) |
| | MERRITT, LUCILLE I | | | 341(a) Meeting Date: | 05/15/09 |
| | | | | Claims Bar Date: | 10/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. 2002 Ford Focus owned by corporation-not property of estate | 4,037.00 | 0.00 | | 0.00 | FA |
| 25. 1995 Chevrolet Corvette | 4,000.00 | 0.00 | | 10,000.00 | FA |
| 26. 2002 30 ft Trail Lite Travel Trailer | 4,080.00 | 0.00 | | 5,250.00 | FA |
| 27. 6x8 utility trailer | 375.00 | 0.00 | | 0.00 | FA |
| 28. 1991 18 ft. Thundercraft boat w/trailer and motor | 2,470.00 | 0.00 | | 1,250.00 | FA |
| 29. Computers | 1,000.00 | 0.00 | | 0.00 | FA |
| 30. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.49 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,750,187.00 | $0.00 | $16,500.49 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold vehicles at auction per court order; Trustee reviewed and resolved claims issues

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 09/30/11

LFORM1  **UST Form 101-7-TFR (10/1/2010)** *(Page: 4)*                                          Ver: 16.02b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-11514 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MERRITT, STEPHEN B | | Bank Name: | Bank of America, N.A. |
| | MERRITT, LUCILLE I | | Account Number / CD #: | *******7149 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9863 | | | |
| For Period Ending: | 09/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| * 05/05/11 | * NOTE * | BANK OF AMERICA<br>San Antonio, Texas | * NOTE * Properties 25, 26, 28 | 16,500.00 | | | | | 16,500.00 |
| * 05/05/11 | * NOTE * | BANK OF AMERICA<br>San Antonio, Texas | VOID<br>entered in error | -16,500.00 | | | | | 0.00 |
| * 05/05/11 | | Joseph A. Baldi, Trustee<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Gross Auction Proceeds | 16,500.00 | | | | | 16,500.00 |
| * 05/05/11 | | Joseph A. Baldi, Trustee<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Gross Auction Proceeds<br>entered in error | -16,500.00 | | | | | 0.00 |
| 05/05/11 | * NOTE * | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | * NOTE * Properties 25, 26, 28 | 16,500.00 | | | | | 16,500.00 |
| 05/31/11 | 30 | Bank of America, N.A. | Interest Rate 0.010 | | 0.10 | | | | 16,500.10 |
| 06/16/11 | | Transfer to Acct #*******7194 | Bank Funds Transfer<br>To Pay American Auction Expenses Per Order | | | | | -1,258.62 | 15,241.48 |
| 06/30/11 | 30 | Bank of America, N.A. | Interest Rate 0.010 | | 0.13 | | | | 15,241.61 |
| 07/29/11 | 30 | Bank of America, N.A. | Interest Rate 0.010 | | 0.12 | | | | 15,241.73 |
| 08/31/11 | 30 | Bank of America, N.A. | Interest Rate 0.010 | | 0.14 | | | | 15,241.87 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-11514 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MERRITT, STEPHEN B | Bank Name: | Bank of America, N.A. |
|  | MERRITT, LUCILLE I | Account Number / CD #: | *******7149  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9863 |  |  |
| For Period Ending: | 09/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Account *******7149 | Balance Forward | 0.00 | |
| 5 Deposits | 16,500.00 | 0 Checks | 0.00 |
| 4 Interest Postings | 0.49 | 0 Adjustments Out | 0.00 |
|  |  | 1 Transfers Out | 1,258.62 |
| Subtotal | $ 16,500.49 | | |
|  |  | Total | $ 1,258.62 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 16,500.49 | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-11514 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MERRITT, STEPHEN B | | Bank Name: | Bank of America, N.A. |
| | MERRITT, LUCILLE I | | Account Number / CD #: | *******7194 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9863 | | | |
| For Period Ending: | 09/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 06/16/11 | | Transfer from Acct #*******7149 | Bank Funds Transfer<br>To Pay American Auction Expenses Per Order | | | | | 1,258.62 | 1,258.62 |
| 06/16/11 | 001001 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | Auctioneer Expenses<br>Per Court Order | | | 1,258.62 | | | 0.00 |

```
Account *******7194      Balance Forward         0.00
                       0 Deposits                0.00         1 Checks              1,258.62
                       0 Interest Postings       0.00         0 Adjustments Out         0.00
                                                              0 Transfers Out           0.00
                         Subtotal          $     0.00
                                                                Total           $   1,258.62
                       0 Adjustments In          0.00
                       1 Transfers In        1,258.62

                         Total             $ 1,258.62
```

```
Report Totals           Balance Forward         0.00
                      5 Deposits             16,500.00         1 Checks              1,258.62
                      4 Interest Postings         0.49         0 Adjustments Out         0.00
                                                               1 Transfers Out       1,258.62
                        Subtotal         $  16,500.49
                                                                 Total           $   2,517.24
                      0 Adjustments In          0.00
                      1 Transfers In        1,258.62

                        Total            $  17,759.11           Net Total Balance  $ 15,241.87
```

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-11514 | | Page 1 | | | Date: September 21, 2011 |
| Debtor Name: | MERRITT, STEPHEN B | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $2,400.00 | $2,400.00 |
| 001 3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $2,461.00 | $2,461.00 |
| 001 3120-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $20.62 | $20.62 |
| 000005B 050 4110-00 | BRANCH BANKING & TRUST COM<br>BANKRUPTCY<br>SECTION/100-50-01-51<br>Box 1847<br>Wilson, NC 27894-1847 | Secured | secured portion of claim withdrawn per amended claim filed 5/20/11 | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $4,417.00 | $5,992.03 | $5,992.03 |
| 000002 070 7100-00 | Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $41,513.00 | $41,513.32 | $41,513.32 |
| 000003 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $9,182.64 | $9,182.64 |
| 000004 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $8,635.00 | $8,543.25 | $8,543.25 |
| 000005A 070 7100-00 | BRANCH BANKING & TRUST COM<br>BANKRUPTCY<br>SECTION/100-50-01-51<br>Box 1847<br>Wilson, NC 27894-1847 | Unsecured | unsecured portion of claim amended to deficiency balance per amended claim 5/20/11 | $0.00 | $43,242.98 | $43,242.98 |
| 000006 070 7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $8,509.23 | $8,509.23 |
| 000007 070 7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $21,013.90 | $21,013.90 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-11514 | | Page 2 | | | Date: September 21, 2011 |
| Debtor Name: | MERRITT, STEPHEN B | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $8,966.00 | $9,023.88 | $9,023.88 |
| 000009 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $0.00 | $2,818.54 | $2,818.54 |
| 000010 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $12,831.00 | $13,166.42 | $13,166.42 |
| | Case Totals: | | | $76,362.00 | $167,887.81 | $167,887.81 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-11514
Case Name: MERRITT, STEPHEN B
          MERRITT, LUCILLE I
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand                                                  $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005B | BRANCH BANKING & TRUST COM | $ | $ | $ | $ |

Total to be paid to secured creditors                            $_____

Remaining Balance                                                $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ | $ | $ |
| 000002 | Advanta Bank Corp | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005A | BRANCH BANKING & TRUST COM | $ | $ | $ |
| 000006 | Chase Bank USA NA | $ | $ | $ |
| 000007 | American Express Bank FSB | $ | $ | $ |
| 000008 | American Express Centurion Bank | $ | $ | $ |
| 000009 | American Express Bank FSB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Chase Bank USA, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE