# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
MERRITT, STEPHEN B § Case No. 09-11514
MERRITT, LUCILLE I §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

on  December 1, 2011 at 9:30 a.m.
in Courtroom  619, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth Gardner_____
                                        Clerk of Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
MERRITT, STEPHEN B § Case No. 09-11514
MERRITT, LUCILLE I §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 16,500.49 |
| and approved disbursements of | $ | 1,258.62 |
| leaving a balance on hand of[1] | $ | 15,241.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005B | BRANCH BANKING & TRUST COM | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 15,242.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 2,461.00 | $ 0.00 | $ 2,461.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 20.62 | $ 0.00 | $ 20.62 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Total to be paid for chapter 7 administrative expenses     $     4,881.62

Remaining Balance     $     10,360.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 163,006.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 5,992.03 | $ 0.00 | $ 380.84 |
| 000002 | Advanta Bank Corp | $ 41,513.32 | $ 0.00 | $ 2,638.51 |
| 000003 | Chase Bank USA, N.A. | $ 9,182.64 | $ 0.00 | $ 583.63 |
| 000004 | Chase Bank USA, N.A. | $ 8,543.25 | $ 0.00 | $ 543.00 |
| 000005A | BRANCH BANKING & TRUST COM | $ 43,242.98 | $ 0.00 | $ 2,748.45 |
| 000006 | Chase Bank USA NA | $ 8,509.23 | $ 0.00 | $ 540.83 |
| 000007 | American Express Bank FSB | $ 21,013.90 | $ 0.00 | $ 1,335.61 |
| 000008 | American Express Centurion Bank | $ 9,023.88 | $ 0.00 | $ 573.54 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | American Express Bank FSB | $ 2,818.54 | $ 0.00 | $ 179.14 |
| 000010 | Chase Bank USA, N.A. | $ 13,166.42 | $ 0.00 | $ 836.83 |
| | Total to be paid to timely general unsecured creditors | | $ | 10,360.38 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                           Case No. 09-11514-JPC
Stephen B Merritt                                                Chapter 7
Lucille I Merritt
       Debtors                     CERTIFICATE OF NOTICE

District/off: 0752-1           User: choward              Page 1 of 1         Date Rcvd: Oct 21, 2011
                               Form ID: pdf006            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
db/jdb       +Stephen B Merritt,   Lucille I Merritt,   4807 Sunset Lane,   Country Club Hills, IL 60478-4573
14186612      Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13731522     +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
14295375      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14313772      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13731523     +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
13731525    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:   Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
                Norcross, GA 30091)
13731526     +Chase - Cc,   Attention:  Banktruptcy Department,   Po Box 15298,   Wilmintgon, DE 19850-5298
14270390      Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14207082      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13731527     +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13731529     +Grundy Bank,   201 Liberty Street,   Morris, IL 60450-2282
13731530     +Harris & Harris, Ltd.,   222 Merchandise Mart Plaza,   Suite 1900,   Chicago, IL 60654-1421
13731531     +Manus Dental-Olympia Fields,   19900 Govenors Drive, Ste. 102,   Olympia Fields, IL 60461-1060
13731532     +MidAmerica Cardiovascular Consult.,   5009 West 95th Street,   Oak Lawn, IL 60453-2401
13731533     +National City,   Attn: Bankruptcy,   Po Box 5570,   Cleveland, OH 44101-0570
13731534      National City Card Ser,   K-a16-2j,   Kalamazoo, MI 49009
13731535     +National City Mortgage,   Attn: Bankruptcy Dept,   3232 Newmark Dr.,   Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13731521      E-mail/Text: bkr@cardworks.com Oct 22 2011 01:39:18     Advanta Bank Corp,   Po Box 844,
               Spring House, PA 19477
13731524      E-mail/Text: bankruptcy@bbandt.com Oct 22 2011 01:37:57      BRANCH BANKING & TRUST COM,
               BANKRUPTCY SECTION/100-50-01-51,   Box 1847,   Wilson, NC 27894-1847
14138297      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25       DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
13731528     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25       Discover Financial,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
13731536     +E-mail/Text: bankrup@nicor.com Oct 22 2011 01:38:10     Nicor Gas,
               Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13731537     ##+St James Hospital,   C/O Mutual Hospital Services,   2525 North Shadeland,
                Indianapolis, IN 46219-1794
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**          **Signature:** _Joseph Speetjens_