# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MERRITT, STEPHEN B | § | Case No. 09-11514 |
| MERRITT, LUCILLE I | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee _____

                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BB & T Bankruptcy Dept. mail code 100-50-01-51 Po Box 1847 Wilson, NC 27894 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |
| | Grundy Bank 201 Liberty Street Morris, IL 60450 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City Attn: Bankruptcy Po Box 5570 Cleveland, OH 44101 | | | | | |
| | National City Mortgage Attn: Bankruptcy Dept 3232 Newmark Dr. Miamisburg, OH 45342 | | | | | |
| 000005B | BRANCH BANKING & TRUST COM | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| | Harris & Harris, Ltd. 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Manus Dental-Olympia Fields 19900 Govenors Drive, Ste. 102 Olympia Fields, IL 60461 | | | | | |
| | MidAmerica Cardiovascular Consult. 5009 West 95th Street Oak Lawn, IL 60453 | | | | | |
| | National City Card Ser K-a16-2j Kalamazoo, MI 49009 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| 000002 | ADVANTA BANK CORP | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000009 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005A | BRANCH BANKING & TRUST COM | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

| Case No: | 09-11514 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|

Case Name:  MERRITT, STEPHEN B

MERRITT, LUCILLE I

For Period Ending: 02/29/12

Date Filed (f) or Converted (c):   03/31/09 (f)

341(a) Meeting Date:   05/15/09

Claims Bar Date:   10/02/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4807 Sunset Lane, Country Club Hills, IL | 225,000.00 | 0.00 | | 0.00 | FA |
| 2. 4 Lots - Kentucky | 130,000.00 | 0.00 | | 0.00 | FA |
| 3. Florida Time Share | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. 514 14th Place | 113,000.00 | 0.00 | | 0.00 | FA |
| 5. 3751 215th Street, Matteson, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 6. 5605 Crestwood, Matteson, IL | 90,000.00 | 0.00 | | 0.00 | FA |
| 7. 22642 Brookwood, Sauk Village, IL | 80,000.00 | 0.00 | | 0.00 | FA |
| 8. 13810 South Cicero, Crestwood, IL | 290,000.00 | 0.00 | | 0.00 | FA |
| 9. 21631 Gailine, Sauk Village, IL | 80,000.00 | 0.00 | | 0.00 | FA |
| 10. 469-473 Hirsch, Calumet City, IL | 390,000.00 | 0.00 | | 0.00 | FA |
| 11. 21558 Peterson, Sauk Village, IL | 28,000.00 | 0.00 | | 0.00 | FA |
| 12. 611 Price, Calumet City, IL | 88,000.00 | 0.00 | | 0.00 | FA |
| 13. 22607 Theodore, Sauk Village, IL | 70,000.00 | 0.00 | | 0.00 | FA |
| 14. Checking Account 00 Chase | 1,100.00 | 0.00 | DA | 0.00 | FA |
| Debtors did not have funds to turnover | | | | | |
| 15. Chase Bank Checking--Merritt Properties | 1,100.00 | 0.00 | | 0.00 | FA |
| Debtor's business not property of estate | | | | | |
| 16. National City Checking | 300.00 | 0.00 | DA | 0.00 | FA |
| Debtors did not have funds to turnover | | | | | |
| 17. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 18. Wearing Apparel | 750.00 | 0.00 | | 0.00 | FA |
| 19. Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| 20. Merritt Property Management, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 21. Merritt Ventures, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 22. Growth Management Group, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2001 Lexus 430 | 12,475.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 09-11514 | JPC | Judge: Jacqueline P. Cox |
| Case Name: | MERRITT, STEPHEN B | | |
| | MERRITT, LUCILLE I | | |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 03/31/09 (f) |
| 341(a) Meeting Date: | 05/15/09 |
| Claims Bar Date: | 10/02/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 24. | 2002 Ford Focus<br>owned by corporation-not property of estate | 4,037.00 | 0.00 | | 0.00 | FA |
| 25. | 1995 Chevrolet Corvette | 4,000.00 | 0.00 | | 10,000.00 | FA |
| 26. | 2002 30 ft Trail Lite Travel Trailer | 4,080.00 | 0.00 | | 5,250.00 | FA |
| 27. | 6x8 utility trailer | 375.00 | 0.00 | | 0.00 | FA |
| 28. | 1991 18 ft. Thundercraft boat w/trailer and motor | 2,470.00 | 0.00 | | 1,250.00 | FA |
| 29. | Computers | 1,000.00 | 0.00 | | 0.00 | FA |
| 30. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.91 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,750,187.00 | $0.00 | | $16,500.91 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold vehicles at auction per court order; Trustee reviewed and resolved claims issues; TFR filed.  Final hearing
held 12/1/11.  Final distributions made.

Initial Projected Date of Final Report (TFR): 09/30/11        Current Projected Date of Final Report (TFR): 09/30/11

FORM 2                                                                                                          Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | |
|---|---|
| Case No: | 09-11514 -JPC |
| Case Name: | MERRITT, STEPHEN B |
| | MERRITT, LUCILLE I |
| Taxpayer ID No: | *******9863 |
| For Period Ending: | 02/29/12 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******7149 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| * 05/05/11 | * NOTE * | BANK OF AMERICA<br>San Antonio, Texas | * NOTE *  Properties 25, 26, 28 | 16,500.00 | | | | | 16,500.00 |
| 05/05/11 | * NOTE * | BANK OF AMERICA<br>San Antonio, Texas | VOID<br>entered in error | -16,500.00 | | | | | 0.00 |
| * 05/05/11 | | Joseph A. Baldi, Trustee<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Gross Auction Proceeds | 16,500.00 | | | | | 16,500.00 |
| * 05/05/11 | | Joseph A. Baldi, Trustee<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Gross Auction Proceeds<br>entered in error | -16,500.00 | | | | | 0.00 |
| 05/05/11 | * NOTE * | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUE<br>BRIDGEVIEW, IL  60455 | * NOTE *  Properties 25, 26, 28 | 16,500.00 | | | | | 16,500.00 |
| 05/31/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | | 0.10 | | | | 16,500.10 |
| 06/16/11 | | Transfer to Acct #*******7194 | Bank Funds Transfer<br>To Pay American Auction Expenses Per Order | | | | | -1,258.62 | 15,241.48 |
| 06/30/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,241.61 |
| 07/29/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | | 0.12 | | | | 15,241.73 |
| 08/31/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | | 0.14 | | | | 15,241.87 |
| 09/30/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,242.00 |
| 10/31/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,242.13 |
| 11/30/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,242.26 |
| 12/09/11 | 30 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.03 | | | | 15,242.29 |
| 12/09/11 | | Transfer to Acct #*******7194 | Final Posting Transfer<br>For final distribution | | | | | -15,242.29 | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-11514  -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MERRITT, STEPHEN B | Bank Name: | Bank of America, N.A. |
| | MERRITT, LUCILLE I | Account Number / CD #: | *******7149  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9863 | | |
| For Period Ending: | 02/29/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |

Account  *******7149

| | | |
|---|---|---|
| Balance Forward | 0.00 | |
| 5  Deposits | 16,500.00 | 0  Checks | 0.00 |
| 8  Interest Postings | 0.91 | 0  Adjustments Out | 0.00 |
| | | 2  Transfers Out | 16,500.91 |
| Subtotal | $   16,500.91 | | |
| | | Total | $   16,500.91 |
| 0  Adjustments In | 0.00 | | |
| 0  Transfers In | 0.00 | | |
| Total | $   16,500.91 | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 09-11514  -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MERRITT, STEPHEN B | Bank Name: | Bank of America, N.A. |
| | MERRITT, LUCILLE I | Account Number / CD #: | *******7194  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9863 | | |
| For Period Ending: | 02/29/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 06/16/11 | | Transfer from Acct #*******7149 | Bank Funds Transfer | | | | | 1,258.62 | 1,258.62 |
| | | | To Pay American Auction Expenses Per Order | | | | | | |
| 06/16/11 | 001001 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | | | 1,258.62 | | | 0.00 |
| | | 8515 S. THOMAS AVENUE | Per Court Order | | | | | | |
| | | BRIDGEVIEW, IL  60455 | | | | | | | |
| 12/09/11 | | Transfer from Acct #*******7149 | Transfer In From MMA Account | | | | | 15,242.29 | 15,242.29 |
| | | | For final distribution | | | | | | |
| 12/09/11 | 001002 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | | | 2,400.00 | | | 12,842.29 |
| | | 19 S. LaSalle Street | | | | | | | |
| | | Suite 1500 | | | | | | | |
| | | Chicago, Illinois  60603 | | | | | | | |
| 12/09/11 | 001003 | Baldi Berg & Wallace, Ltd. | Attorney for Trustee Fees (Trustee | | | 2,461.00 | | | 10,381.29 |
| | | 19 S. LaSalle St. | | | | | | | |
| | | Suite 1500 | | | | | | | |
| | | Chicago, IL 60603 | | | | | | | |
| 12/09/11 | 001004 | Baldi Berg & Wallace, Ltd. | Attorney for Trustee Expenses (Trus | | | 20.62 | | | 10,360.67 |
| | | 19 S. LaSalle St. | | | | | | | |
| | | Suite 1500 | | | | | | | |
| | | Chicago, IL 60603 | | | | | | | |
| 12/09/11 | 001005 | DISCOVER BANK | Claim 000001, Payment 6.36% | | | 380.85 | | | 9,979.82 |
| | | DFS Services LLC | | | | | | | |
| | | PO Box 3025 | | | | | | | |
| | | New Albany, Ohio 43054-3025 | | | | | | | |
| 12/09/11 | 001006 | Advanta Bank Corp | Claim 000002, Payment 6.36% | | | 2,638.59 | | | 7,341.23 |
| | | c/o Becket and Lee LLP | | | | | | | |
| | | POB 3001 | | | | | | | |
| | | Malvern PA 19355-0701 | | | | | | | |
| 12/09/11 | 001007 | Chase Bank USA, N.A. | Claim 000003, Payment 6.36% | | | 583.65 | | | 6,757.58 |
| | | PO Box 15145 | | | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | | | |
| 12/09/11 | 001008 | Chase Bank USA, N.A. | Claim 000004, Payment 6.36% | | | 543.01 | | | 6,214.57 |
| | | PO Box 15145 | | | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | | | |

FORM 2

Page:    4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11514  -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MERRITT, STEPHEN B | Bank Name: | Bank of America, N.A. |
| | MERRITT, LUCILLE I | Account Number / CD #: | *******7194  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9863 | | |
| For Period Ending: | 02/29/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |
| 12/09/11 | 001009 | BRANCH BANKING & TRUST COM BANKRUPTCY SECTION/100-50-01-51 Box 1847 Wilson, NC 27894-1847 | Claim 000005A, Payment 6.36% | | | 2,748.52 | | | 3,466.05 |
| 12/09/11 | 001010 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Claim 000006, Payment 6.36% | | | 540.85 | | | 2,925.20 |
| 12/09/11 | 001011 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000007, Payment 6.36% | | | 1,335.64 | | | 1,589.56 |
| 12/09/11 | 001012 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000008, Payment 6.36% | | | 573.56 | | | 1,016.00 |
| 12/09/11 | 001013 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000009, Payment 6.36% | | | 179.15 | | | 836.85 |
| 12/09/11 | 001014 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000010, Payment 6.36% | | | 836.85 | | | 0.00 |

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-11514 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MERRITT, STEPHEN B | Bank Name: | Bank of America, N.A. |
| | MERRITT, LUCILLE I | Account Number / CD #: | *******7194  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9863 | | |
| For Period Ending: | 02/29/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |

|  | Account  *******7194 | | Balance Forward | 0.00 | | | 14 Checks | 16,500.91 |
| | | 0 Deposits | 0.00 | | | 0 Adjustments Out | 0.00 |
| | | 0 Interest Postings | 0.00 | | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | Total | $ 16,500.91 |
| | | 0 Adjustments In | 0.00 | | | | |
| | | 2 Transfers In | 16,500.91 | | | | |
| | | Total | $ 16,500.91 | | | | |

**FORM 2**                                                                                                              Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                       Exhibit 9

| Case No: | 09-11514 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MERRITT, STEPHEN B | | Bank Name: | Congressional Bank |
| | MERRITT, LUCILLE I | | Account Number / CD #: | *******2681  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9863 | | | |
| For Period Ending: | 02/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |

| Account  *******2681 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 Deposits | | 0.00 | 0 Checks | | 0.00 |
| 0 Interest Postings | | 0.00 | 0 Adjustments Out | | 0.00 |
| | | | 0 Transfers Out | | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | Total | $ | 0.00 |
| 0 Adjustments In | | 0.00 | | | |
| 0 Transfers In | | 0.00 | | | |
| | Total | $ 0.00 | | | |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 5 Deposits | | 16,500.00 | 14 Checks | | 16,500.91 |
| 8 Interest Postings | | 0.91 | 0 Adjustments Out | | 0.00 |
| | | | 2 Transfers Out | | 16,500.91 |
| | Subtotal | $ 16,500.91 | | | |
| | | | Total | $ | 33,001.82 |
| 0 Adjustments In | | 0.00 | | | |
| 2 Transfers In | | 16,500.91 | | | |
| | Total | $ 33,001.82 | Net Total Balance | $ | 0.00 |